IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMMIE A. SMITH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv390-ID |
| | )        [WO] |
| JIMMY LUNGSFORD, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Before the court is the recommendation of the magistrate judge, filed June 7, 2007, in which the magistrate judge recommends that the undersigned grant the defendants' motions to dismiss. (Doc. No. 12.) Having conducted a *de novo* review of the record, the court finds that the recommendation is due to be adopted.[1] Accordingly, it is CONSIDERED and ORDERED that the recommendation of the magistrate judge be and the same is hereby

---

[1] The court notes that the magistrate judge filed his recommendation after providing the plaintiff an opportunity to respond to the defendants' motions to dismiss. (Doc. No. 11.) Namely, by order entered on May 21, 2007, the magistrate judge set a deadline of May 29, 2007, for the plaintiff to show cause why this case should not be dismissed for the reasons asserted by the defendants in their motions. (Id.) The plaintiff did not file a response by the May 29 deadline; however, on the same date the magistrate judge filed his recommendation (i.e., June 7, 2007), two "responses" from the plaintiff were filed in this case. (Doc. Nos. 13-14.) Although the plaintiff's responses are untimely under the magistrate judge's order setting a response deadline of May 29, and could be rejected on that ground alone, the court nonetheless has considered the arguments raised in the responses, but finds that the arguments lack merit for the reasons articulated in the magistrate judge's well-reasoned recommendation. Alternatively, even if the court were to construe the plaintiff's responses as objections to the recommendation of the magistrate judge, these objections would be without merit.

ADOPTED, APPROVED and AFFIRMED and that the defendants' motions to dismiss (Doc. Nos. 6-7) be and the same are hereby GRANTED.

A separate judgment will be entered.

DONE this 27th day of June, 2007.

                              /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE