IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| SAMMIE A. SMITH, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CIVIL ACTION NO. 2:07cv390-ID | |
| | ) | [WO] | |
| JIMMY LUNGSFORD, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that final judgment be and the same is hereby entered in favor of Defendants Jimmy Lungsford, Anthony Everage, Lewis Fannin and the City of Troy Police Department, and against Plaintiff Sammie A. Smith, and that Plaintiff take nothing by his said suit.

The clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of June, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE